1092

No. 82–335. PEOPLE FOR FREE SPEECH AT SAC ET AL. *v.* UNITED STATES AIR FORCE ET AL. C. A. 8th Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari. ▌

No. 82–497. ALBERTA GAS CHEMICALS, LTD. *v.* CELANESE CORP. ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE BRENNAN would grant certiorari. ▌

No. 82–659. PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE *v.* GARDNER ET AL. C. A. 3d Cir. Motion of respondent Donald Eugene Gardner for leave to proceed *in forma pauperis* granted. Certiorari denied. ▌

No. 82–5567. WILSON *v.* ZANT. Sup. Ct. Ga. Certiorari denied. ▌

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 82–5589. FLORES *v.* IBM CORP. C. A. 9th Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition. ▌

No. 81–6610. SCOTT *v.* UNITED STATES, 456 U. S. 994; No. 81–6866. SETTLE ET AL. *v.* ESPIEFS, TRUSTEE, *ante,* p. 849; and No. 81–6876. BLUE THUNDER *v.* UNITED STATES, *ante,* p. 850. Motions for leave to file petitions for rehearing denied.